IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02474-RPM

CHARLES STATON,

        Plaintiff,

v.

FIRST TRANSIT, LLC, a Delaware Corporation,

        Defendant.

___

ORDER OF DISMISSAL
___

       Pursuant to the Stipulation of Dismissal with Prejudice, filed on June 6, 2006, it is

       ORDERED that this action is dismissed with prejudice, each party to bear its own attorney fees and costs.

       Dated: June 7th, 2006

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge